JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KWASI DONKOR, | ) Case No. EDCV 14-02539-GW(DTB) |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| THE UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 20, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE